**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *EX REL.* JEFFREY P. GOLDSTEIN | ) | |
| | ) | |
| Plaintiff/Relator, | ) | |
| | ) | CASE NO.    JFM 01 CV 0239 |
| v. | ) | |
| | ) | |
| MILL END SHOPS, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER GRANTING EXTENSION OF TIME**
**TO FILE RESPONSIVE PLEADING**

Upon consideration of Defendant Mill End Shops, Inc.'s Consent Motion for Extension

of Time to File Responsive Pleading, it is hereby Ordered that the Motion is Granted and that

Defendant shall be permitted to file its responsive pleading on or before June 7, 2002.

Dated this ____ day of May, 2002.

_____
J. Frederick Motz
United States District Judge



4