UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>*EX REL.* JEFFREY P. GOLDSTEIN<br><br>   Plaintiff/Relator,<br><br>   v.<br><br>MILL END SHOPS, INC.<br><br>   Defendant. | CASE NO.   JFM 01 CV 0239 |

**ORDER GRANTING EXTENSION OF TIME
TO FILE RESPONSIVE PLEADING**

Upon consideration of Defendant Mill End Shops, Inc.'s Consent Motion for Extension of Time to File Responsive Pleading, it is hereby Ordered that the Motion is Granted and that Defendant shall be permitted to file its responsive pleading on or before June 7, 2002.

Dated this ___ day of May, 2002.

J. Frederick Motz
United States District Judge

