UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JUN 28  A 10: 31

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

|  |  |  |
|---|---|---|
| UNITED STATES *EX REL.* JEFFREY P. GOLDSTEIN, | ) ) ) ) | |
| Plaintiff/Relator, | ) ) | |
| v. | ) ) | Case No. JFM-01-0239 |
| MILL END SHOPS, INC., | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Upon consideration of Relator's Consent Motion for Extension of Time to File Opposition to Defendant Mill End Shops, Inc.'s Motion to Dismiss Relator's Complaint, and Defendant Mill End Shops, Inc.'s consent thereto, it is, this 28 day of June, 2002, **ORDERED**, that the Motion be, and hereby is, **GRANTED**. Relator shall file his Opposition to Defendant Mill End Shops, Inc.'s Motion to Dismiss no later than July 9, 2002.

_____
~~J. Frederick Motz~~
United States District Judge

