UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*EX REL.* JEFFREY P. GOLDSTEIN,<br><br>  Plaintiff/Relator,<br><br>v.<br><br>MILL END SHOPS, INC.,<br><br>  Defendant. | CASE NO.   JFM 01 CV 0239 |

## ORDER

Upon consideration of Defendant Mill End Shops, Inc.'s Consent Motion for Extension of Time to File a Reply, it is hereby Ordered that the Motion is Granted and that Defendant shall be permitted to file a Reply on or before July 26, 2002.

Dated this ____ day of July, 2002.

J. Frederick Motz
United States District Judge

