IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES EX REL. | * | |
| JEFFREY P. GOLDSTEIN | * | |
| | * | |
| v. | * | Civil No. JFM-01-239 |
| | * | |
| MILL END SHOPS, INC. | * | |

\*\*\*\*\*

ORDER

For the reasons stated in the accompanying memorandum, it is, this _8__ day of October 2002

ORDERED

1. The motion to dismiss filed by defendant is granted;

2. The complaint is dismissed in its entirety for failure to comply with Fed. R. Civ. P. 9(b); and

3. Plaintiff is granted 21 days in which to file an amended complaint.

J. Frederick Motz
United States District Judge