IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES EX REL. | * | |
| JEFFREY P. GOLDSTEIN | * | |
| | * | |
| v. | * | Civil No. JFM-00-3459 |
| | * | |
| LEONARD'S DRAPERIES, INC., ET AL. | * | |

*****

| | | |
|---|---|---|
| UNITED STATES EX REL. | * | |
| JEFFREY P. GOLDSTEIN | * | |
| | * | |
| v. | * | Civil No. JFM-01-239 |
| | * | |
| MILL END SHOPS, INC. | * | |

*****

| | | |
|---|---|---|
| UNITED STATES EX REL. | * | |
| JEFFREY P. GOLDSTEIN | * | |
| | * | |
| v. | * | Civil No. JFM-01-1154 |
| | * | |
| FABRICARE DRAPERIES, INC., ET AL. | * | |

*****

| | | |
|---|---|---|
| UNITED STATES EX REL. | * | |
| JEFFREY P. GOLDSTEIN | * | |
| | * | |
| v. | * | Civil No. JFM-01-1155 |
| | * | |
| SKYLINE MILLS | * | |

*****

ORDER

Upon consideration of the memoranda submitted in connection with Relator's motion for extension of time to file amended complaint, it is, this 19th day of November 2002

ORDERED that the motion be granted.

_____
J. Frederick Motz
United States District Judge