UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| UNITED STATES *EX REL.* JEFFREY P. GOLDSTEIN, | ) ) ) ) |
| Plaintiff/Relator, | ) ) ) |
| v. | ) Case No. JFM-01-0239 |
| MILL END SHOPS, INC., | ) ) ) |
| Defendant. | ) ) |

## ORDER

Upon consideration of Relator's Consent Motion for Extension of Time to File Opposition to Defendant Mill End Shops, Inc.'s Motion to Dismiss Relator's Complaint, and Defendant Mill End Shops, Inc.'s consent thereto, it is, this 27th day of December 2002, **ORDERED**, that the Motion be, and hereby is, **GRANTED**. Relator shall file his Opposition to Defendant Mill End Shops, Inc.'s Motion to Dismiss no later than January 10, 2003.

J. Frederick Motz
United States District Judge

cc:   counsel-of-record