# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### NORTHERN DIVISION

UNITED STATES OF AMERICA                )
*EX REL.* JEFFREY P. GOLDSTEIN,          )
                                        )
    Plaintiff/Relator,             )
                                        )    CASE NO.    JFM 01 CV 0239
    v.                             )
                                        )
MILL END SHOPS, INC.,                    )
                                        )
    Defendant.                     )
                                        )

## ORDER

Defendant Mill End Shops, Inc.'s Motion for Enlargement of Time in which to serve a

Reply to Relator's Opposition to Defendant's Motion to Dismiss is GRANTED and Defendant

shall serve a Reply on or before February 7, 2003.


Entered this 2̲4̲ day of January, 2003.            _____

                                           United States District Judge