IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES EX REL. | * | |
| JEFFREY P. GOLDSTEIN | * | |
| | * | |
| v. | * | Civil No. JFM-01-239 |
| | * | |
| MILL END SHOPS, INC. | * | |
| | ***** | |

ORDER

For the reasons stated in the accompanying memorandum, it is this 25th day of March 2003

ORDERED

1. Defendant's motion to dismiss the amended complaint is granted; and

2. This action is dismissed without leave to amend.

/s/
J. Frederick Motz
United States District Judge