## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES EX REL.<br>JEFFREY P. GOLDSTEIN,<br><br>        Plaintiff/Relator,<br><br>        v.<br><br>MILL END SHOPS, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil No. JFM-01-0239<br>)<br>)<br>)<br>) |

### **NOTICE OF APPEAL**

Notice is hereby given that the United States *ex rel.* Jeffrey P. Goldstein, Plaintiff/Relator, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the attached Order (and Memorandum opinion) dismissing Plaintiff/Relator's Amended Complaint, without leave to amend, entered in this action on March 25, 2003. A check covering filing and docketing fees is being forwarded directly to the Court, in accordance with Electronic Filing Requirements Rule III.C.11.

                                                                          /s/
                                        Victor A. Kubli, Esq., 01297
                                        GRAYSON, KUBLI & HOFFMAN, P.C.
                                        1420 Spring Hill Road, Suite 230
                                        McLean, Virginia 22102
                                        Ph. (703) 749-0000 / (240) 686-1959
                                        Fax (703) 442-8672

                                        Counsel for Plaintiff/Relator

**Certificate of Electronic Service**

  I certify that, this 7th day of April 2003, the foregoing Notice of Appeal was filed and served electronically, using the Court's CM/ECF system, which sent notification and a copy of this Notice of Appeal to:

Jonathan M. Jacobs
Fried Frank Harris Shriver & Jacobson
1001 Pennsylvania Avenue, NW, Suite 800
Washington, D.C. 20004-2505
Counsel for Defendant Mill End Shops, Inc.

Jennifer L. Huesman
Assistant United States Attorney
2625 United States Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201
Counsel for the United States

_____/s/_____
Victor A. Kubli
